# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TIFFANY L. BURRAGE, an individual;** | |
| Plaintiff, | 8:15CV205 |
| vs. | |
| **ENVISIONS, INC., a Nebraska corporation;** | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the Court on the Stipulation Requesting Dismissal (Filing No. 16) submitted by Plaintiff Tiffany L. Burrage and Defendant Envisions, Inc. The Stipulation Requesting Dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation Requesting Dismissal (Filing No. 16) submitted by Plaintiff Tiffany L. Burrage and Defendant Envisions, Inc., is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 21st day of March, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge